[Cite as *State ex rel. Natl. Employers Network Alliance, Inc. v. Ryan*, 125 Ohio St.3d 11, 2010-Ohio-578.]

THE STATE EX REL. NATIONAL EMPLOYERS

NETWORK ALLIANCE, INC. *v*. RYAN, ADMR.

[Cite as *State ex rel. Natl. Emps. Network Alliance, Inc. v. Ryan*,

125 Ohio St.3d 11, 2010-Ohio-578.]

*Workers' compensation — Availability of administrative appeal precludes relief*

*by mandamus.*

(No. 2009-1592 — Submitted January 12, 2010 — Decided February 24, 2010.)

IN MANDAMUS.

————————————

**Per Curiam**.

{¶ 1} Relator, National Employers Network Alliance, Inc., seeks a writ of mandamus from this court but admits that it did not pursue the administrative appeals available to it. Mandamus cannot issue when the relator has an adequate remedy at law. *State ex rel. Berger v. McMonagle* (1983), 6 Ohio St.3d 28, 6 OBR 50, 451 N.E.2d 225. An administrative appeal generally constitutes an adequate remedy in the ordinary course of law that precludes a writ of mandamus. *State ex rel. Hilltop Basic Resources, Inc. v. Cincinnati*, 118 Ohio St.3d 131, 2008-Ohio-1966, 886 N.E.2d 839, ¶ 23.

{¶ 2} We hereby grant respondent administrator's motion for judgment on the pleadings and deny relator's request for a writ of mandamus. Relator's motion to strike is not well taken and is overruled.

Writ denied.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

————————————

Kegler, Brown, Hill & Ritter, Roger P. Sugarman, David M. McCarty, and R. Kevin Kerns, for relator.

Richard Cordray, Attorney General, and Gerald H. Waterman, Assistant Attorney General, for respondent.

_____